PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Richard Zappala                    Cr.: 17-00416-001
                                                                        PACTS #: 4057243

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT B. KUGLER
                                        SENIOR UNITED STATES DISTRICT JUDGE
                                        (Case reassigned to the Hon. Renée Marie Bumb on 06/21/24)

Date of Original Sentence: 05/18/2023

Original Offense:    Count One: Conspiracy to Commit Health Care Fraud, 18 U.S.C. § 1349 [18 U.S.C. §
                     1347], a Class C Felony

Original Sentence: 5 years probation

Special Conditions: Special Assessment, Restitution, Financial Disclosure, Location Monitoring Program,
No New Debt/Credit, Employment Requirements/Restrictions, Location Monitoring Program

Type of Supervision: Probation                          Date Supervision Commenced: 05/18/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The individual under supervision has violated the special supervision condition
                     which states **'You are prohibited from incurring any new credit charges,
                     opening additional lines of credit, or incurring any new monetary loan,
                     obligation, or debt, by whatever name known, without the approval of the
                     U.S. Probation Office. You must not encumber or liquidate interest in any
                     assets unless it is in direct service of the fine and/or restitution obligation
                     or otherwise has the expressed approval of the Court.'**

                     On March 4, 2026, with the consent of Richard Zappala, a credit check was
                     conducted with the Credit Bureau. A review of Mr. Zappala's credit report
                     revealed five new credit accounts opened between April 2024 to December
                     2025, without prior authorization from the U.S. Probation Office.

U.S. Probation Officer Action:

On June 20, 2024, a *Report on Offender Under Supervision* was submitted alleging a violation of the Special
Condition (New Debt Restriction); specifically, that Mr. Zappala opened five new credit accounts without
prior authorization from the U.S. Probation Office. In addition, the U.S. Probation Office requested that
Mr. Zappala's monthly restitution payment be reduced from $150 to $50 monthly. On June 2024, Your
Honor reduced the payment schedule and ordered that Mr. Zappala provide quarterly financial summaries.

Mr. Zappala in in compliance with his restitution obligation and submitting his quarterly financial summaries.

On March 4, 2026, the undersigned officer contacted Mr. Zappala regarding the five new credit accounts reflected in his Credit Bureau report which revealed a combined balance of $5,652 and a total credit limit of $11,600. Mr. Zappala admitted to opening these accounts.

Mr. Zappala explained he obtained the new credit cards to pay for household expenses and to support his two teenaged children, ages 17 and 15. Mr. Zappala noted he has full legal custody of his children and that he receives $10 monthly in child support from the children's mother. Mr. Zappala indicated his ex-wife is in arrears, approximately $21,000. Mr. Zappala remains gainfully employed as a carrier for Capstone Logistics and is working approximately 70 hours per week.

Mr. Zappala provided the statements to each of the unauthorized credit accounts which showed expenses for groceries, education, gas, home air-conditioning repair, automotive repair, children's sporting events/gear and travel for his children's sport engagements and college visits for his son.

The undersigned officer reviewed the new debt restriction special condition with Mr. Zappala. After doing so, he confirmed understanding the restriction. He understands he must obtain prior authorization in the future.

The U.S. Probation Office respectfully recommends no further action be taken at this time, and this notice to serve as a written reprimand. Should further non-compliance occur, the Court will be promptly notified, and additional Court intervention may be requested.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:    D. ANNIE CRUZ
U.S. Probation Officer

/ dac

APPROVED:

3/11/26

ANTHONY M. STEVENS          Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Richard Zappala

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time and Notice to Serve as a Official Written Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_March 13, 2026_____
Date